JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| WILLIAM PATRICK OTTLEY, | CASE NO. 2:16-CV-01675-AB (SK) |
| --- | --- |
| Petitioner, | **JUDGMENT** |
| v. | |
| W.L. MONTGOMORY, | |
| Respondent. | |

Pursuant to the Order Accepting the Report and Recommendation of the U.S. Magistrate Judge, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: 5/24/18

HON. ANDRE BIROTTE, JR.
U.S. DISTRICT JUDGE